**\*\* E-filed February 3, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID SNYDER, | No. C11-06213 HRL |
| Plaintiff, | **ORDER VACATING MOTION HEARING** |
| v. | |
| FEDERQL HOME LOAN MORTGAGE CORPORATION; et al., | |
| Defendants. | |

Federal Home Loan Mortgage Corp., Malcolm & Cisneros, and Melissa Sgroi's Motion to Dismiss for Failure to State a Claim is deemed suitable for determination without oral argument. The February 7, 2012 hearing is vacated. Civ. L.R. 7-1(b).

**IT IS SO ORDERED.**

Dated: February 3, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

**C11-06213 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Richard Pazin, Jr. | rjp1116@comcast.net |
| Charles Nunley | charles.nunley@sierralawgroup.net |
| Melissa Sgroi | msgroi@mclaw.org |
| William Malcolm | bill@mclaw.org |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**