AO 154 (10/03) Substitution of Attorney

**RECEIVED**

APR 3 0 2012

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

# UNITED STATES DISTRICT COURT

District of _____ NORTHERN CALIFORNIA

DAVID SNYDER
Plaintiff (s),

V.

Federal Home Loan Mortgage Corporation
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:11-cv-06213-HRL

Notice is hereby given that, subject to approval by the court, __David Snyder__ substitutes
(Party (s) Name)

__David Snyder In Pro Per__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Richard J. Pazin, Jr.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: David Snyder
Address: 2070 Eureka Canyon Road, Corralitos, Ca 95076
Telephone: (831) 254-5944       Facsimile _____
E-Mail (Optional): Factoryoverstock@aol.com

I consent to the above substitution.
Date: 4/17/2012
(Signature of Party (s))

I consent to being substituted.
Date: 3/27/12
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4/17/2012
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: May 1, 2012
Judge
Magistrate Judge Howard R. Lloyd

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]