AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**RECEIVED**
APR 3 0 2012
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

District of    NORTHERN CALIFORNIA

DAVID SNYDER

Plaintiff (s),

V.

Federal Home Loan Mortgage Corporation

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:11-cv-06213-HRL

Notice is hereby given that, subject to approval by the court, __David Snyder__ substitutes
(Party (s) Name)

__David Snyder In Pro Per__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Richard J. Pazin, Jr.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    David Snyder
    Address:    2070 Eureka Canyon Road, Corralitos, Ca 95076
    Telephone:    (831) 254-5944    Facsimile _____
    E-Mail (Optional):    Factoryoverstock@aol.com

I consent to the above substitution.
Date:    4/17/2012      _(Signature of Party (s))_

I consent to being substituted.
Date:    3/27/12      _(Signature of Former Attorney (s))_

I consent to the above substitution.
Date:    4/17/2012      _(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date:    May 1, 2012      Magistrate Judge Howard R. Lloyd
                                                          Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]